# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Spectrum Chemical | 11/30/2022 | Wire | $ 6,947.61 |
| Akorn Operating Company, LLC | Spectrum Chemical | 1/6/2023 | Wire | $ 5,774.90 |
| Akorn Operating Company, LLC | Spectrum Chemical | 1/13/2023 | Wire | $ 798.86 |
| Akorn Operating Company, LLC | Spectrum Chemical | 1/20/2023 | Wire | $ 1,390.46 |
| Akorn Operating Company, LLC | Spectrum Chemical | 2/1/2023 | Wire | $ 441.47 |
| Akorn Operating Company, LLC | Spectrum Chemical | 2/14/2023 | Wire | $ 5,640.41 |
| | | | | $ 20,993.71 |